The People of the State of New York ex rel.
George A. Mencke, Appellant, v. William F. Baker,
as Police Commissioner of the City of New York,
Respondent.

*People ex rel. Mencke* v. *Baker*, 143 App. Div. 946, affirmed.
(Argued October 6, 1911; decided October 24, 1911.)

Appeal from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered March 10, 1911, which affirmed the determina-
tion of the police commissioner of the city of New York
in dismissing the relator from the position of patrolman
in the police department of said city.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson, Corporation Counsel (James
D. Bell* of counsel), for respondent.

Order affirmed, with costs, on authority of *People ex
rel. McCormack* v. *McClave* (29 N. Y. S. R. 368; affd.,
121 N. Y. 710); no opinion.

Concur: Cullen, Ch. J., Haight, Werner, Willard
Bartlett, Hiscock and Chase, JJ.    Absent: Vann, J.